1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

David A. Thomas, Esq.
david.thomas@blankrome.com
Daniel H. Rylaarsdam, Esq.
dan.rylaarsdam@blankrome.com
BLANK ROME LLP
2029 Century Park East, 6th Floor
Los Angeles, California 90067
Telephone:    (424) 239-3400
Facsimile:     (424) 239-3434

**JS-6**

Counsel for Plaintiff SJ4 BURBANK LLC

Alexander E. Potente (State Bar No. 208240)
alexander.potente@clydeco.us
Yvonne M. Schulte (State Bar No. 237868)
yvonne.schulte@clydeco.us
CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, California 94111
Telephone:  (415) 365-9800
Facsimile:    (415) 365-9801

Attorneys for Defendant CHUBB CUSTOM INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SJ4 BURBANK LLC, A Delaware limited liability company,<br><br>                    Plaintiff,<br>          v.<br><br>CHUBB CUSTOM INSURANCE COMPANY, a New Jersey corporation; and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No.  2:22-cv-01890-RSWL-ASx<br><br>**ORDER ON JOINT STIPULATION TO DISMISS THE ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Complaint Filed:   February 11, 2022<br>Trial date:           None Set |

1      The Court hereby grants the Joint Stipulation to Dismiss the Complaint filed in

2  the above-captioned action.  Specifically, the cause of action for breach of contract is

3  dismissed with prejudice, and the cause of action for breach of the implied

4  covenant of good faith and fair dealing is dismissed without prejudice.  Each

5  party shall bear its own attorneys' fees and costs.

6      IT IS SO ORDERED.

8 Dated:  September 19, 2022

9              By:    */S/ RONALD S.W. LEW*

10                   HONORABLE RONALD S.W. LEW
UNITED STATES DISTRICT COURT

CLYDE & CO LLP
150 California Street, 15th Floor
San Francisco, California 94111
Telephone: (415) 365-9800